AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
District of Oregon

United States of America
v.

Renan Lopez-Calix

Case No. 3:26-mj-00186

Defendant

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Renan Lopez-Calix                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1), (b)(1)(A)(vi) - Possession with Intent to Distribute Fentanyl (400 grams or more)

Date:    07/15/2026

*Youlee Yim You*
Issuing officer's signature

City and state:    Portland, Oregon

Hon. Youlee Yim You, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on *(date)* 7/15/26 , and the person was arrested on *(date)* 7/14/26
at *(city and state)* Portland, OR .

Date:    7/16/26

*Chris Devlin*
Arresting officer's signature

Chris Devlin    HSI/PPB
Printed name and title    39644